IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| MEDICAL, INDUSTRIAL, AND SCIENTIFIC PRODUCTS, INC., | : : : | Case No. 1:21-cv-555 |
| | : | Judge Matthew W. McFarland |
| Plaintiff, | : : | |
| v. | : : | |
| JORDAN MEDICAL GROUP, INC., *et al.*, | : : | |
| Defendants. | | |

**ORDER REGARDING PLAINTIFF'S EMERGENCY MOTION FOR HEARING**

This matter is before the Court on Plaintiff's Emergency Motion for Hearing (Doc. 10). The Court construes the Motion as seeking affirmative injunctive relief by requesting an order requiring Defendants to transfer possession of the equipment at issue to Plaintiff as soon as possible, potentially prior to a decision on Plaintiff's Motion for Remand (Doc. 5). This Motion raises complicated procedural and substantive issues.  Before the Court can consider the requested relief, or hold a hearing on the Motion, the Court requires supplemental briefing on two issues.

1. Whether the Court have jurisdiction to order injunctive relief while a motion to remand is pending, or must the motion to remand be first decided?

2. Whether the Court order Defendants to transfer possession of the disputed equipment prior to a decision on the substantive issues set forth in the

Complaint (Doc. 2)?

Accordingly, the Court **ORDERS** the parties to file simultaneous briefs on these two issues by no later than **Monday, December 20, 2021.** Thereafter, the Court will issue a further order regarding next steps. The Court notes that a formal motion for a preliminary injunction may be necessary, but given the procedural questions noted above, such briefing is not appropriate at this time.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: *[signature]*
JUDGE MATTHEW W. McFARLAND