IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | |
|---|---|
| MEDICAL, INDUSTRIAL and SCIENTIFIC PRODUCTS, INC., | : Case No. 1:21-cv-555 <br> : <br> : Judge Matthew W. McFarland |
| Plaintiff, | : |
| v. | : |
| JORDAN MEDICAL GROUP, INC. et al., | : |
| Defendants. | : |

## JUDGMENT IN A CIVIL CASE

|   |   |   |
|---|---|---|
| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| **X** | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED:** Plaintiff's action is **DISMISSED WITH PREJUDICE,** pursuant to Fed. R. Civ. P. 41(b), due to Plaintiff's failure to prosecute or comply with this Court's Order (Doc. 16). Plaintiff's Motion to Remand (Doc. 5) and Emergency Motion for Hearing (Doc. 10) are **DENIED AS MOOT.** This matter is **TERMINATED** from the Court's docket.

Dated: October 18, 2022.

Richard W. Nagel, Clerk of Court
By: */s/ Kellie A. Fields*
Deputy Clerk